**Theodore W. Hoppe #138064**
 **HOPPE LAW GROUP**
*680 W. Shaw Avenue, Suite 207*
*Fresno, California 93704*
*Telephone (559) 241-7070*
*Facsimile (559) 241-7212*

Attorneys for Defendants PR FARMS, INC. and MOISES MADRIGAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | CASE NO: 1:07-CV-01639 OWW GSA |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| PR FARMS, MOISES MADRIGAL, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, NATIONAL RAILROAD PASSENGER CORPORATION, by and through its counsel, Lombardi, Loper & Conant, by B. Clyde Hutchinson, and Defendants, PR FARMS, INC. and MOISES MADRIGAL, by and through their counsel, Hoppe Law Group, by Theodore W. Hoppe, that the above-entitled action be dismissed in its entirety with prejudice.

DATED: January _____, 2009         **LOMBARDI, LOPER & CONANT**


By:_____
    B. Clyde Hutchinson
    Attorneys for Plaintiff, NATIONAL
    RAILROAD PASSENGER
    CORPORATION

DATED: January _____, 2009          **HOPPE LAW GROUP**

                                    By:_____
                                        Theodore W. Hoppe
                                        Attorneys for Defendants, PR FARMS
                                        and MOISES MADRIGAL

**ORDER**

IT IS SO ORDERED.

**Dated:   March 9, 2009**              _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE